IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK JACKSON, : 
           Plaintiff, : No. 06-CV-3682
    v. :
ROHM & HAAS COMPANY, ET AL., :
           Defendants. :

FILED JAN 09 2007

## ORDER

AND NOW, this __8__ day of __January__, 2007, upon consideration of the motion of Defendants, Liberty Life Assurance Company of Boston and Lori Hamlin, for leave to file a reply in support of their motion for sanctions, it is hereby ORDERED and DECREED that the motion is GRANTED and that the reply brief, attached as an exhibit to Defendants' motion, is deemed to be filed as of today.

                                                _____
                                                LOUIS H. POLLAK, J.

ENTERED

COURT